WILLIAM FOX, Respondent, v. JACOB W. LOEB, Appellant. (Appeal No. 1.) — Order denying motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

WILLIAM FOX, Respondent, v. JACOB W. LOEB, Appellant. (Appeal No. 2.) — Order reversed upon the law and the facts, with ten dollars costs and disbursements, motion denied, with ten dollars costs, and plaintiff directed to serve the bill of particulars within ten days after service of a copy of the order to be entered upon this decision with notice of entry. No facts are shown from which it appears that

plaintiff cannot frame his bill of particulars in advance of the examination before trial. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.